# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**JASON SCOTT LYNCH,**

       **Plaintiff,**

**v.**                                                             Civil Action No: 2:17-cv-04310
                                                                      Judge John T. Copenhaver, Jr.

**REM COMMUNITY OPTIONS, LLC,**

       **Defendant.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Fed. R. Civ. P. 41(a), Plaintiff Jason Scott Lynch and Defendant REM Community Options, LLC stipulate that this action be dismissed with prejudice. All parties agree to bear their own costs and attorneys' fees.

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| /s/ Walt Auvil (with email permission) | /s/ Mitchell J. Rhein |
| Walt Auvil (WV State Bar # 190) | Niall A. Paul (WV State Bar # 5622) |
| The Employment Law Center, PLLC | Mitchell J. Rhein (WV State Bar # 12804) |
| 1208 Market Street | Spilman Thomas & Battle, PLLC |
| Parkersburg, WV 26101 | P.O. Box 273 |
| (304) 485-3058 | Charleston, WV 25321 |
| *Counsel for Plaintiff* | (304) 340-3800 |
| | *Counsel for Defendant REM Community Options, LLC* |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**JASON SCOTT LYNCH,**

    **Plaintiff,**

**v.**                                                  **Civil Action No: 2:17-cv-04310**
                                                                **Judge John T. Copenhaver, Jr.**

**REM COMMUNITY OPTIONS, LLC,**

    **Defendant.**

## CERTIFICATE OF SERVICE

    I, Mitchell J. Rhein, certify that, on June 3, 2019, the foregoing "**Stipulation of Dismissal with Prejudice**" was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Plaintiff addressed to the following counsel:

        Walt Auvil, Esquire
        Kirk Auvil, Esquire
        The Employment Law Center, PLLC
        1208 Market Street
        Parkersburg, WV 26101
        auvil@theemploymentlawcenter.com
        theemploymentlawcenter@gmail.com
            *Counsel for Plaintiff*

                                    /s/ Mitchell J. Rhein
                                    Mitchell J. Rhein (WVSB # 12804)